**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU<br>1700 G Street NW<br>Washington, DC 20552<br><br>CONSUMER PROTECTION DIVISION, Office of the Attorney General of Maryland<br>200 St. Paul Place, 16th Floor<br>Baltimore, MD 21202<br>Baltimore County<br><br>          Plaintiffs,<br>    v.<br><br>GENUINE TITLE, LLC<br>11155 Dolfield Blvd., Suite 100<br>Owings Mills, MD 21117<br>Baltimore County<br><br>BRANDON GLICKSTEIN<br>3 Valleys Crest Court<br>Owings Mills, MD 21117<br>Baltimore County<br><br>GARY KLOPP<br>2915 Eden Drive<br>Manchester, MD 21102<br>Carroll County<br><br>ADAM MANDELBERG<br>807 Dominion Lane<br>Reisterstown, MD 21136<br>Baltimore County | Case No. 1:15-cv-01235-JFM |

WILLIAM J. PETERSON, III
635 Prestwick Trail
Bel Air, MD 21014
Harford County

ANGELA POBLETTS
1930 Castleton Road
Darlington, MD 21034
Harford County

JAY ZUKERBERG
4714 Glenarm Avenue
Baltimore, MD 21206
Baltimore County

ALL COUNTY SETTLEMENTS,
LLC
2915 Eden Drive
Manchester, MD 21102
Carroll County

BTS MANAGEMENT AND
CONSULTING, LLC
929 Creek Park Road
Bel Air, MD 21014
Harford County

CARROLL ABSTRACTS, INC.
2915 Eden Drive
Manchester, MD 21102
Carroll County

MARC, LLC
1930 Castleton Road
Darlington, MD 21034
Harford County

MORTGAGE SERVICES, LLC
4940 Campbell Blvd.
Suite 210
Nottingham, MD 21236
Baltimore County

R&R MARKETING GROUP, LLC
807 Dominion Lane
Reisterstown, MD 21136
Baltimore County,

                      Defendants.

**JOINT MOTION OF PLAINTIFFS AND DEFENDANTS TO ENTER STIPULATED FINAL JUDGMENT AND ORDER WITH RESPECT TO ANGELA POBLETTS AND MARC, LLC**

Plaintiffs, the Consumer Financial Protection Bureau and the Consumer Protection Division of the Office of the Attorney General of Maryland, and Defendants jointly request that the Court enter the proposed Stipulated Final Judgment and Order with Respect to Angela Pobletts and MARC, LLC attached as Exhibit A.

FOR CONSUMER FINANCIAL PROTECTION
BUREAU:

ANTHONY ALEXIS
*Enforcement Director*
JEFFREY PAUL EHRLICH
*Deputy Enforcement Director*
JOHN C. WELLS
*Assistant Litigation Deputy*

  /s/_____
GENESSA STOUT (Fed. Bar No. 801353)
*Enforcement Attorney*
1700 G Street NW

Washington, DC 20552
Telephone: (202) 435-7920
Facsimile: (202) 435-7722
Email: genessa.stout@cfpb.gov

FOR THE CONSUMER PROTECTION DIVISION:

BRIAN E. FROSH
*Attorney General of Maryland*

  /s/
(signed with permission by Genessa Stout)
MICHAEL A. HOFFMAN (Md. Bar No. 7672)
Assistant Attorney General
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
Telephone: (410) 576-6952
Facsimile: (410) 576-6566
Email:  mhoffman@oag.state.md.us

FOR ANGELA POBLETTS AND MARC, LLC:

  /s/
(signed with permission by Genessa Stout)
JOHN A. BOURGEOIS (Md. Bar No. 11834)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 361-8204
Email:  JBourgeois@kg-law.com

## Certificate of Service

I hereby certify that on April 29, 2015, a copy of the foregoing of Joint Motion of Plaintiffs and Defendants Angela Pobletts and MARC, LLC to enter Stipulated Final Judgment and Order with Respect to Angela Pobletts and MARC, LLC, which was electronically filed in this case on April 29, 2015 was mailed via first class mail, postage prepaid, to all parties.

_____/s/_____
Genessa Stout (Fed. Bar No. 801353)
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-7920